

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00859-CV

Renda **SOUTHLAND** JV and Charles McClure,
Appellants

v.

**SAN ANTONIO WATER SYSTEM**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI18239
Honorable Larry Noll, Judge Presiding

# O R D E R

By order dated December 27, 2018, this appeal was abated pending the trial court's resolution of an attorney's fees issue. On January 15, 2019, the appellant filed a status report and attached a copy of the trial court's order resolving the issue. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. The clerk's record must be filed in this court no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court